| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:09CR00076-PMP-LRL |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13-00184-01 |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Vernon Geier<br>705 Rachels Trail<br>Hermitage, TN 37076 | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | William F. Downes | |
| | DATES OF PROBATION: FROM 11/20/08 | TO 11/19/13 |

OFFENSE

Interstate Receipt of Stolen Property, Aid and Abet

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>NEVADA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the <u>Middle District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 7, 2012.

*Date*              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE</u> DISTRICT OF <u>TENNESSEE</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-7-13

*Effective Date*           *United States District Judge*